■   THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CARMINE ALFONSO, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ANDREW ALFONSO, Respondent.— Upon the remittitur from the Court of Appeals (6 N Y 2d 225) to this court, the appeals are ordered to be placed on the calendar for argument at the September Term, beginning Wednesday, September 9, 1959. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.